IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

DAZHON DARIEN

Case No. 25-MJ-186-EA

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Thursday, January 30, 2025__ at __3:00PM__ before ____Erin Aslan____, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ____7B____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 27, 2025
Date

Erin Aslan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention